FILED
SUPERIOR COURT
OF GUAM

2020 JUL -8 PM 2: 45

BY

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ESTATE<br><br>OF<br><br>BETSIE PEREZ TEEHAN,<br><br>Deceased. | Probate Case No.: PR0084-20<br><br>DECISION AND ORDER GRANTING IN PART AND DENYING IN PART *Ex Parte* PETITION FOR SPECIAL LETTERS OF ADMINISTRATION |

This matter comes before the Honorable Maria T. Cenzon on Petitioner Maria C. Teehan's *Ex Parte* Petition for Special Letters of Administration filed on July 7, 2020. Following a review of the pleadings on file and accompanying exhibits indicating that Petitioner is also the Guardian of the Person and the Estate of Betsie Perez Teehan in Special Proceedings Case No. SP0140-15. The Court hereby **GRANTS IN PART AND DENIES IN PART** the Petition for Special Letters as set forth herein.

The Petition seeks Letters of Special Administration pursuant to 15 GCA § 1903 and 1909. Additional authority citing the powers of the Special Administratrix is contained in 15 GCA §1907, which provides as follows:

> **15 GCA § 1907.** The special administrator must take possession of all of the real and personal property of the decedent, and preserve it from damage, waste and injury, and must collect all claims, rents, and other income belonging to the estate; and for any such purposes may commence and maintain or defend suits and other

Decision and Order Granting In Part and Denying In Part
Ex Parte Petition for Special Letters of Administration
Page 2 of 3

legal proceedings as such special administrator. The special administrator may sell perishable property and exercise such other powers as are conferred upon him by his appointment, but, except when the powers, duties and obligations of an administrator are conferred upon him as provided in Section 1911 of this Title, he is not liable to an action by any creditor on a claim against the decedent. The special administrator may obtain leave to borrow money, or lease or mortgage real property, in the same manner as an administrator.

To the extent that the Petition seeks Letters of Special Administration to perform the duties set forth in Chapter 19, Title 15, Guam Code Annotated with the attendant oaths and obligations, it is hereby **GRANTED**.

However, the Petition also seeks authorization to (1) make necessary arrangements with the nursing facility and funeral home in the Philippines for cremation of the remains of decedent and (2) for authorization to execute documents to transport the decedent's remains from the Philippines to Guam. These acts are *not* governed by the provisions of law with respect to probate of estates and are more properly made by application to the court which presides over the Guardianship matter in SP0140-15, pursuant to 10 GCA § 4A102 providing the Right of Sepulcher to any "next of kin" as defined in §4A110. 15 GCA Chapter 19 governing Appointment of Special Administrator which is the basis of the instant Petition *does not* also extend the right of sepulcher to the Special Administratrix. As such, to the extent the Petition also seeks the Right of Sepulchur, it is hereby **DENIED**.

Petitioner is granted the authority to do and perform all duties and carry out all obligations set forth in Chapter 19, Guam Code Annotated, Chapter 19, including:

//

Decision and Order Granting In Part and Denying In Part
Ex Parte Petition for Special Letters of Administration
Page 3 of 3

1.  Take possession of and preserve the assets of the estate;

2.  Determine the extent of decedent's personal property and have access to decedent's bank accounts for this purpose;

3.  Determine the extent of all decedent's liabilities and debts now due and outstanding;

4.  Seek and preserve for the estate any and all amounts due to the decedent and/or to the Estate including any amounts under the PRA Special Resident Visa (SRRV) Program;

5.  To inquire and obtain any information from any financial institution regarding the balance of decedent's accounts, including savings, checking, loans and debts;

6.  To open an estate account and to withdraw amounts therefrom necessary to preserve the assets of the estate, including amounts payable to creditors for any services or chattel which serves to preserve the estate of decedent (including amounts for the disposition of decedent's remains as may be approved by a court with proper jurisdiction), *subject to* the filing of an accounting to and ratification by the court of such expenditures.

**SO ORDERED** this 8th day of July, 2020.

**HON. MARIA T. CENZON**
**Judge Superior Court of Guam**